481 A.2d 361

Commonwealth v. Hancharik, Appellant.

Reargument Denied Sept. 18, 1984.

Petition for Allowance of Appeal
Denied Feb. 19, 1985.

528

Submitted May 18, 1984. John Hancharik, appellant, in propria persona; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before McEWEN, OLSZEWSKI and ROBERTS, JJ.

Order affirmed.